UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ERROL THOMAS,                                             JUDGMENT
                                                                   04-CV- 4691 (NGG)
                         Petitioner,

   -against-

WILLIAM E. PHILLIPS, Warden, Green Haven
Correctional Facility,

                         Respondent.
-----------------------------------------------------------------X

        A Memorandum and Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on September 27, 2005, granting the petitioner's application for a writ of habeas corpus with respect to the state court's impermissible action in sentencing the defendant to consecutive terms of imprisonment for the conviction of three counts of First-Degree Sexual Abuse; denying the petition for a writ of habeas corpus in all other respects; and directing the state trial court to resentence the defendant in a manner consistent with the Court's Memorandum and Order dated September 27, 2005; it is

        ORDERED and ADJUDGED that the petitioner's application for a writ of habeas is granted with respect to the state court's impermissible action in sentencing the defendant to consecutive terms of imprisonment for the conviction of three counts of First-Degree Sexual Abuse; that the petition for a writ of habeas corpus is denied in all other respects; and that the state trial court is directed to resentence the petitioner in a manner consistent with the Court's Opinion and Order dated September 27, 2005.

Dated: Brooklyn, New York
          October 04, 2005

                                                                      ROBERT C. HEINEMANN
                                                                      Clerk of Court